UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | CASE NO. L-18-0429 |
| EDUARDO LOPEZ | | |

ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

Upon consideration of Government's Motion to Issue Summons, it is hereby ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

**DONE** at Laredo, Texas, this 6th day of June, 2018.

_____
United States District Judge
Diana Saldaña

U. S. MARSHAL'S OFFICE
BY: RL
DATE: 06·06·18
TIME: 05:11 pm

RECEIVED
UNITED STATES MARSHAL
2018 JUN -6 PM 5:12
OPERATIONS
LAREDO, TX