United States District Court
Southern District of Texas
**ENTERED**
April 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO.: 5:18-CR-429 |
| § | |
| CODY MORGANTHALER § | |
| EDUARDO LOPEZ § | |

## FINAL ORDER OF FORFEITURE

The Court has considered the United States' Motion for Final Order of Forfeiture and grants the motion.

The Court signed a Preliminary Order of Forfeiture on October 11, 2018. (Dkt. No. 171.) The order is final as to the Defendants, Cody Morganthaler and Eduardo Lopez, who are scheduled to be sentenced on April 17, 2019.

Notice of forfeiture was published for at least 30 consecutive days (Dkt No. 209), and more than 60 days have passed since the first date of publication of the order. The Court takes notice that no party has filed a timely third-party petition asserting a claim to any of the property listed below, and any third parties are barred from making a claim and can be held in default. Title 21 U.S.C. §853(n)(7).

Upon consideration of the law and the record in this case, the Court has decided as follows:

1. It is ORDERED that the following property is forfeited to the United States:

   **(1) Aoudad (Ammatragus Lervia); (2) a Blackbuck Antelope (Antilope Cervicapra); (3) a Remington Model 700 Rifle(SN:RR36457K) chambered in 6.5mm Creedmore; (4) a Sig Sauer 3-15x44 Scope(SN:99F001784GB); and (5) a Black Hard Cover Gun Case**

2. It is ORDERED that Defendants are held in default and have no legal right, title, or interest in the property being forfeited by this Order.

3. It is ORDERED that all persons who could claim any right, title, or interest in or to the property being forfeited in this Order are held in default.

4. It is ORDERED that the United States shall dispose of the forfeited property according to law.

THIS IS A FINAL ORDER OF FORFEITURE.

Signed in Laredo, Texas, on the 17th day of April, 2019.

KEITH P. ELLISON
U. S. DISTRICT COURT JUDGE